UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BRICKLAYERS INSURANCE WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
NEW YORK CITY AND LONG ISLAND JOINT
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL MASONRY INSTITUTE,
JEREMIAH SULLIVAN, JR., in his fiduciary
Capacity as Administrator and Chairman of
Trustees, BRICKLAYERS LOCAL 1,
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFT WORKERS, and
BRICKLAYERS LABOR MANAGEMENT
RELATIONS COMMITTEE,

**ORDER**
13-CV-224 (RRM) (JO)

          Plaintiffs,

    - against -

MANLEY CONSTRUCTION CORP. and
AGNIESZKA KARKOWSKI,

          Defendants.
----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      In light of the bankruptcy filing as to defendant MANLEY CONSTRUCTION CORP., the Court hereby orders that this case be administratively closed without prejudice to any party's right to reopen upon letter request within 30 days of the resolution of the bankruptcy proceeding, or upon any other event that would permit the action in this court to move forward.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: Brooklyn, New York
       September 22, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge