UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────X

BRICKLAYERS INSURANCE WELFARE
FUND, BRICKLAYERS PENSION FUND,
BRICKLAYERS SUPPLEMENTAL ANNUITY
FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
NEW YORK CITY AND LONG ISLAND JOINT
APPRENTICESHIP AND TRAINING FUND,
INTERNATIONAL MASONRY INSTITUTE,
JEREMIAH SULLIVAN, JR., in his fiduciary
Capacity as Administrator and Chairman of
Trustees, BRICKLAYERS LOCAL 1,
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFT WORKERS, and
BRICKLAYERS LABOR MANAGEMENT
RELATIONS COMMITTEE,

        **JUDGMENT**
        13-CV-224 (RRM) (JO)

        Plaintiffs,

        - against -

MANLEY CONSTRUCTION CORP. and
AGNIESZKA KARKOWSKI,

        Defendants.
─────────────────────────────────────X

ROSLYNN R. MAUSKOPF, United States District Judge.

An Order of the undersigned having been filed this day, granting defendants' motion to dismiss the complaint, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiffs Jeremiah Sullivan, Jr., in his Fiduciary Capacity as Administrator and Chairman of Trustees, Bricklayers Local 1, International Union Of Bricklayers and Allied Craft Workers, and Bricklayers Labor Management Relations Committee take

as against defendant Agnieszka Karkowski the sum of $41,411.24.

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
September 22, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge